**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALISSA WILLIAMS** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 25-3395** |
| | : |
| **CHELTENHAM SCHOOL DISTRICT,** | : |
| **JESSICA M. KEENE** | : |

## ORDER

**AND NOW**, this 23rd day of September 2025, upon reviewing Defendants' Motion to dismiss (ECF 18), absent timely opposition from the pro se Plaintiff but remaining obligated to evaluate the merits of Defendants' Motion (ECF 18), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT in part** and **DENY in part** Defendants' Motion (ECF 18) requiring we:

1.    **DISMISS** Plaintiff's claim with prejudice under the Family Educational Rights and Privacy Act;

2.    **GRANT** Defendants leave to file an Answer to the civil rights claim under the McKinney-Vento Homeless Assistance Act by no later than **October 7, 2025;** and,

3.    **DIRECT** Defendants' counsel to forthwith confer with the pro se Plaintiff in an effort to resolve the claims before incurring further taxpayer expense consistent with Rule 1 so as to allow Defendants to file, no later than **September 30, 2025,** a Notice not exceeding two pages confirming their fulsome good faith efforts to resolve the remaining claim and describing the general status of the parties' positions on settlement.

**KEARNEY, J.**